# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, et al., | No. CV-17-00163-TUC-CKJ |
| Plaintiffs, | **ORDER** |
| v. | |
| Elaine Duke, et al., | |
| Defendants. | |

Upon stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED:

1. Defendants' Consent Motion to Extend Record Production and Briefing Deadlines (Doc. 46) is **granted**.
2. Defendants shall submit the administrative record by **April 4, 2019**.
3. Plaintiffs shall have until **May 17, 2019** to file a motion to strike or supplement the administrative record and/or for leave to conduct discovery.
4. If no such motion is filed, Plaintiffs shall have until **June 21, 2019** to file a motion for summary judgment.
5. Defendants shall have until **August 5, 2019** to file a combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment.
6. Plaintiffs shall have until **August 29, 2019** to file a combined opposition to Defendants' cross-motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment.

7. Defendants shall have until **September 19, 2019** to file a reply in support of their cross-motion for summary judgment.

8. The page limits in the Court's January 16, 2019 Order (Doc. 45) shall remain in effect.

Dated this 5th day of February, 2019.

_____
Honorable Cindy K. Jorgenson
United States District Judge