JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

TYLER M. ALEXANDER (CA Bar No. 313188)
CLIFFORD E. STEVENS, JR. (DC Bar No. 463906)
Trial Attorneys
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 305-0238 (Alexander)
(202) 353-7548 (Stevens)
tyler.alexander@usdoj.gov
clifford.stevens@usdoj.gov

MICHAEL BAILEY
United States Attorney

MICHAEL A. AMBRI (AZ Bar No. 021653)
Assistant United States Attorney
405 West Congress Street - Suite 4800
Tucson, AZ 85701
(520) 620-7300
michael.ambri@usdoj.gov

*Attorneys for Defendants*

**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**TUCSON DIVISION**

| | |
|---|---|
| Center for Biological Diversity, *et al.*, | CIVIL NO. 4:17-cv-163-CKJ |
| Plaintiffs, | **DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT** |
| v. | **(Oral Argument Requested)** |
| Chad Wolf, *et al.*, | |
| Defendants. | |

The United States Department of Homeland Security and the United States Customs and Border Protection ("CBP") are the federal agencies responsible for preventing, deterring, and interdicting illegal entry or exit of persons or goods along the vast United States-Mexico border. Plaintiffs argue that CBP has failed to uphold its responsibilities under the National Environmental Policy Act ("NEPA") and Endangered Species Act ("ESA") by failing to take a programmatic approach to its environmental analysis and instead evaluating the environmental impacts of projects on the borderlands and protected species at the project level.

Plaintiffs are wrong. As a threshold issue, Plaintiffs' broad and vague allegations of environmental harm fail to meet their burden on standing to sue. If the Court reaches the merits, CBP's withdrawal of historical NEPA documents is not subject to NEPA and is not otherwise reviewable, there is no "Southern Border Enforcement Program," and CBP's decision to prepare project-level NEPA reviews is committed to its discretion. Similarly, CBP is not required to engage in programmatic ESA consultation absent the adoption of a management plan for future activities or some other affirmative agency action that provides standards or criteria for those activities.

For these reasons, as explained in detail in the accompanying Memorandum in Support, this Court should deny summary judgment to Plaintiffs, grant summary judgment to Defendants, and dismiss Plaintiffs' Complaint with prejudice.

Respectfully submitted this 18th day of September, 2020,

JEAN E. WILLIAMS
Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Tyler M. Alexander*_____
TYLER M. ALEXANDER
CLIFFORD E. STEVENS, JR.
Trial Attorneys
150 M St. NE, Third Floor
Washington, D.C. 20002

(202) 305-0238 (Alexander)
(202) 353-7548 (Stevens)
tyler.alexander@usdoj.gov
clifford.stevens@usdoj.gov
*Attorneys for Defendants*