# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Elaine Duke, et al., <br><br> Defendants. | No. CV-17-00163-TUC-CKJ <br><br> **ORDER** |

**IT IS ORDERED:** Setting oral argument on Plaintiffs' **Motion for Summary Judgment** (Doc. 63) and Defendants' **Cross-Motion for Summary Judgment** (Doc. 69) for February 23, 2021, at 2:00 p.m. before this Court. Counsel are to appear telephonically for the hearing. The parties shall call **866-390-1828** a few minutes before the time of the hearing. The access code is **2905535**.

Dated this 28th day of January, 2021.

Honorable Cindy K. Jorgenson
United States District Judge